UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Isabel C. Balboa, Esquire
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977
(856) 663-5002



Order Filed on February 9, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:    CLARIBEL PENA

         Debtor

Case No. 21-10428 (ABA)

Judge:  Andrew B. Altenburg, Jr.

## CONSENT ORDER
## RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: February 9, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:      CLARIBEL PENA
Case No.    21-10428 (ABA)
**CONSENT ORDER RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE**

_____

Upon agreement with the Trustee and Debtor, for bad faith filing pursuant to 11 U.S.C. §1307 (c) and good cause appearing therefore, it is hereby;

**ORDERED** that Debtor's Chapter 13 case number 21-10428 (ABA) is hereby allowed to continue;

**IT IS FURTHER ORDERED** that if the Debtor's instant Chapter 13 case should be dismissed, such dismissal shall be with prejudice and Debtor shall be barred from filing for bankruptcy protection, under any chapter, for a period of 180 days from the date of dismissal of Debtor's case.


/s/ Charles M. Izzo                                 2/9/2021
Charles M. Izzo                                     Date
Debtor's Attorney


/s/ Isabel C. Balboa                                2/9/2021
Isabel C. Balboa                                    Date
Chapter 13 Standing Trustee