UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Isabel C. Balboa, Esquire
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977
(856) 663-5002

Order Filed on February 9, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:    CLARIBEL PENA

Case No. 21-10428 (ABA)

Debtor

Judge:  Andrew B. Altenburg, Jr.

## CONSENT ORDER
## RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: February 9, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor: CLARIBEL PENA
Case No. 21-10428 (ABA)
**CONSENT ORDER RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE**

---

Upon agreement with the Trustee and Debtor, for bad faith filing pursuant to 11 U.S.C. §1307 (c) and good cause appearing therefore, it is hereby;

**ORDERED** that Debtor's Chapter 13 case number 21-10428 (ABA) is hereby allowed to continue;

**IT IS FURTHER ORDERED** that if the Debtor's instant Chapter 13 case should be dismissed, such dismissal shall be with prejudice and Debtor shall be barred from filing for bankruptcy protection, under any chapter, for a period of 180 days from the date of dismissal of Debtor's case.


/s/ Charles M. Izzo                                           2/9/2021
Charles M. Izzo                                                Date
Debtor's Attorney


/s/ Isabel C. Balboa                                          2/9/2021
Isabel C. Balboa                                               Date
Chapter 13 Standing Trustee

United States Bankruptcy Court

District of New Jersey

In re:  
Claribel Pena  
    Debtor

Case No. 21-10428-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Feb 09, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Claribel Pena, 2877 Harrison Avenue, Camden, NJ 08105-4011 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles M. Izzo | on behalf of Debtor Claribel Pena cminj2001@yahoo.com izzocr79754@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Select Portfolio Servicing Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5