UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Chatrles M. Izzo, Attorney
116 North 2nd Street - Suite 204
Camden, NJ 08102
856-757-0550
Attorney for the _Debtor_

Case No.: 20-10428

Chapter: 13

In Re:

Claribel Pena

Adv. No.: ___

Hearing Date: 3/24/21

Judge: ABA

## CERTIFICATION OF SERVICE

1. I, __Charles Izzo__ :

   ☒ represent _Claribel Pena_ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   _____ Notice of Motion with all attachements.

   _X_ Other: _Order respecting amendment to schedule and required attachments._

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 3/19/2021

/s/ Charles M. Izzo
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other __ECF__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| ABC Bail Bonds<br>215 W. Bride St.<br>Morrisville PA 19067 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sklar Law LLC<br>1200 Laurel Oak Rd<br>Ste 102<br>Voorhees, NJ 08043 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |