Form oresadoc − oresadocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

    Case No.:  21−10428−ABA
    Chapter:  13
    Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Claribel Pena
   aka Claribel Rodriguez
   2877 Harrison Avenue
   Camden, NJ 08105

Social Security No.:
   xxx−xx−4509

Employer's Tax I.D. No.:

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

    The Court having noted that the debtor filed an Amendment to Schedule D, E/F on April 28, 2021 or to the List of Creditors on N/A , and for good cause shown, it is

    ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

    It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

    1.    A copy of the applicable Notice of Chapter 13 Bankruptcy Case, and

    2.    In a Chapter 11 case:

       a)    a copy of the last modified plan and disclosure statement, if any, and

       b)    a copy of any order approving the adequacy of the disclosure statement
       and/or the scheduling of the plan for confirmation.

    3.    In a Chapter 12 or Chapter 13 case:

       a)    a copy of the Notice of Hearing on Confirmation of Plan, if any, and

       b)    a copy of the last modified plan that has been filed in the case.

    It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

    It is further ORDERED that the added creditors or parties have

    1.    until the original deadline, if any, fixed by the court to file a complaint to object to
    the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order,
    whichever is later;

    2.    until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement,

or sixty 60 days from the date of this Order, whichever is later;

3. until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: April 29, 2021
JAN:

Andrew B. Altenburg Jr.
United States Bankruptcy Judge

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 21-10428-ABA

Claribel Pena                                                                                       Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 29, 2021 | Form ID: oresadoc | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2021:**

**Recip ID    Recipient Name and Address**
db    + Claribel Pena, 2877 Harrison Avenue, Camden, NJ 08105-4011

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 29 2021 21:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2021 at the address(es) listed below:

**Name    Email Address**

Charles M. Izzo
    on behalf of Debtor Claribel Pena cminj2001@yahoo.com izzocr79754@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor Select Portfolio Servicing Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa

District/off: 0312-1 User: admin Page 2 of 2
Date Rcvd: Apr 29, 2021 Form ID: oresadoc Total Noticed: 2

ecfmail@standingtrustee.com  summarymail@standingtrustee.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5