UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Charles M. Izzo, Attorney CI-4691
116 North 2nd Street - suite 204
Camden, NJ 08102
856-757-0550
Attorney for ___Debtor___

In Re:

Claribel Pena

Case No.: 21·10428

Judge: ABA

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (choose one):

1. ☑ Motion for Relief from the Automatic Stay filed by __Milstead + Assoc.__,

creditor,

A hearing has been scheduled for __July 6, 2021__ at __10 AM__.

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.

☐ Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

☒ Payments have been made in the amount of $ __560.30__, but have not

been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes
repayment as follows **(explain your answer)**:

☑ Other **(explain your answer)**: I made my June 2021
payment on the 6th of this month. I
will mail out a money order for $602.05
by July 2, 2021 and pay my July mtg payment
by the second week of July.

3.   This certification is being made in an effort to resolve the issues raised in the certification
of default or motion.

4.   I certify under penalty of perjury that the above is true.

Date: __6/29/2021__

_____
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1.   Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
Dismiss.

2.   Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
Default.

rev.8/1/15