| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin    Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 230324-2<br>Attorneys for Movant: Select Portfolio Servicing, Inc. | |
| In Re:<br><br>Claribel Pena | Case No.: 21-10428-ABA<br>Chapter 13<br><br>Hearing Date: July 6, 2021<br>Time: 10:00 a.m.<br><br>Judge: Andrew B. Altenburg, Jr. |

**ADJOURNMENT REQUEST FOR CHAPTER 13**

1. I, <u>Andrew M. Lubin</u>,

    ☒   am the attorney for:   <u>Movant, Select Portfolio Servicing, Inc.</u>

    ☐   am self-represented

    Phone number: _____

    Email address: _____

2. I request an adjournment of the following hearing:

    Matter: <u>Motion For Relief From Automatic Stay</u>

    Current hearing date and time: <u>July 6, 2021 @ 10:00 a.m.</u>

    New date requested: <u>August 3, 2021 @ 10:00 a.m.</u>

    Reason for adjournment request: <u>The parties are attempting to resolve the matter and need additional time to determine if the matter can be settled.</u>

3. I request an adjournment of confirmation:

    Current confirmation date and time: _____

New date requested: _____

Reason for adjournment request: _____

_____

Confirmation has been adjourned _____ previous times

Trustee payments are current through _____

The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain

below): _____

_____

_____

I certify under penalty of perjury that the foregoing is true.

Date:  June 30, 2021                        /s/ Andrew M. Lubin
                                            Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted         New hearing date: __8/3/21 at 10__        ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**