| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | Order Filed on September 9, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin<br>Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 230324-2<br>Attorneys for Movant: Select Portfolio Servicing, Inc. | |
| In Re:<br><br>Claribel Pena | Case No.: 21-10428-ABA<br>Chapter 13<br><br>Hearing Date: August 3, 2021<br>Time: 10:00 AM<br><br>Judge: Andrew B. Altenburg, Jr. |

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: September 9, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

1. The above-styled Motion having been scheduled for a hearing before the Court on August 3, 2021, upon Notice of Hearing to each of the parties in interest, and for good cause shown:

2. FURTHER IT IS HEREBY ORDERED that the Motion for Relief from Stay is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter

3. FUTHER ORDERED that as of August 3, 2021, the post-petition arrearage is as follows, pursuant to the terms of the Note, as set forth in the chart below:

| Number of Missed Payments | From | To | Monthly Missed Principal and Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total of Monthly Payments Missed |
|---|---|---|---|---|---|---|
| 2 | 7/1/21 | 8/1/21 | $292.32 | $267.98 | $560.30 | $1,120.60 |
| **Less post-petition partial payments (suspense balance):** | | | | | | **($518.55)** |

**Total: $602.05**

4. This arrearage shall be paid as follows:

Debtor is ordered to pay the total post-petition arrearage totaling a sum of $602.05 on or before August 31, 2021.

5. Regular payments in the amount of $560.30 to be paid on or before September 1, 2021 and any additional amount as required or allowed by the Note and Security Instrument. Payments should be sent to: Select Portfolio Servicing, Inc. Attn: Remittance Processing P.O. Box 65450 Salt Lake City, UT 84165-0450.

6. FURTHER ORDERED that should Debtor(s) default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's

Loan Documents, for the life of the bankruptcy then upon notice of default after thirty days sent by first class mail to Debtor(s), attorney for Debtor(s) and the Trustee, and failure of Debtor(s) to cure such default within 10 days from the date of receipt of such notice, Movant may file a Certification of Default, with service upon Debtors, attorney for Debtors and the Trustee, and the Court may enter an Order releasing Movant from the automatic stay, without further notice or hearing.

7. FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(3) may be waived.

8. FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law that would otherwise be payable to the Debtor(s), shall be paid to the Trustee by the entity receiving the funds from the foreclosure sale for the benefit of the Estate while the Debtor(s) remains in bankruptcy.

9. FURTHER ORDERED that there having been no appearance by the Co-Debtor(s), the Motion for Relief from the Co-Debtor Stay is granted.