UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Isabel C. Balboa, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

Order Filed on October 19, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**CLARIBEL PENA,**

**Debtors.**

Case No. 21-10428 (ABA)

Judge: Andrew B. Altenburg, Jr.

Date of Hearing:   October 19, 2021 at 10:00 a.m.

# ORDER REDUCING CLAIM NO. 3-1
# FILED BY SELECT PORTFOLIO SERVICING, INC.

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 19, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page Two
Debtors:  CLARIBEL PENA
Case No.  21-10428 (ABA)
Order: **ORDER REDUCING CLAIM NO. 3-1 FILED BY SELECT PORTFOLIO SERVICING, INC.**

_____

This matter having been brought before the Court on a Motion by Isabel C. Balboa, Chapter 13 Standing Trustee, for an Order Reducing Select Portfolio Services, Inc. Claim No. 3-1; and the Court having considered the moving papers, and for good cause being shown:

**IT IS HEREBY ORDERED** that secured portion of Claim No. 3-1 filed by Select Portfolio Servicing, Inc. in the amount of $83,736.48 is hereby reduced to $77,308.05; and

IT IS FURTHER ORDERED that the pre-petition arrearage portion of Claim No. 3-1 filed by Select Portfolio Services, Inc. in the amount of $23,565.27 is hereby reduced to $17,136.84.