| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>***OFFICE OF THE CHAPTER 13 STANDING TRUSTEE***<br>**Isabel C. Balboa, Esquire**<br>**Cherry Tree Corporate Center**<br>**535 Route 38, Suite 580**<br>**Cherry Hill, New Jersey 08002**<br>**(856) 663-5002** | Order Filed on October 19, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**CLARIBEL PENA,**<br><br>　　　　　**Debtors.** | Case No. 21-10428 (ABA)<br><br>Judge: Andrew B. Altenburg, Jr.<br><br>Date of Hearing:   October 19, 2021 at 10:00 a.m. |

## ORDER REDUCING CLAIM NO. 3-1
## FILED BY SELECT PORTFOLIO SERVICING, INC.

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 19, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page Two
Debtors: CLARIBEL PENA
Case No. 21-10428 (ABA)
Order: **ORDER REDUCING CLAIM NO. 3-1 FILED BY SELECT PORTFOLIO SERVICING, INC.**

---

This matter having been brought before the Court on a Motion by Isabel C. Balboa, Chapter 13 Standing Trustee, for an Order Reducing Select Portfolio Services, Inc. Claim No. 3-1; and the Court having considered the moving papers, and for good cause being shown:

**IT IS HEREBY ORDERED** that secured portion of Claim No. 3-1 filed by Select Portfolio Servicing, Inc. in the amount of $83,736.48 is hereby reduced to $77,308.05; and

IT IS FURTHER ORDERED that the pre-petition arrearage portion of Claim No. 3-1 filed by Select Portfolio Services, Inc. in the amount of $23,565.27 is hereby reduced to $17,136.84.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-10428-ABA |
| Claribel Pena | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 19, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2021:**

**Recip ID**     **Recipient Name and Address**
db      + Claribel Pena, 2877 Harrison Avenue, Camden, NJ 08105-4011

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2021                              Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2021 at the address(es) listed below:**

**Name**                    **Email Address**

Andrew M. Lubin
    on behalf of Creditor Select Portfolio Servicing Inc. bkecf@milsteadlaw.com alubin@milsteadlaw.com

Charles M. Izzo
    on behalf of Debtor Claribel Pena cminj2001@yahoo.com izzocr79754@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor Select Portfolio Servicing Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-1 User: admin Page 2 of 2
Date Rcvd: Oct 19, 2021 Form ID: pdf903 Total Noticed: 1
TOTAL: 6