Order # 30

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Charles M. Izzo, 4691
116 North 2nd Street
Camden, NJ 08102
856-757-0550
cminj2001@yahoo.com

In Re:

Claribel Pena

Case No.: 21-10428
Chapter: 13
Adv. No.: _____
Hearing Date: 12/22/2021
Judge: ABA

## Amended CERTIFICATION OF SERVICE

1. I, _____Charles M. Izzo_____ :

   ☒ represent _____Claribel Pena_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____December 15, 2021_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   A copy of Notice of Chapter 13 Bankruptcy case
   A copy of Notice of Hearing on Confirmation plan
   A copy of last modified plan,
   A copy of the Amended schedules D I E / F and order respecting amendment.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 12/15/2021        /s/ Charles M. Izzo
                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>525 Route 38 East<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| ABC Bail Bonds<br>215 West Bridge St.<br>Morrisville, PA 19067 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cramer Hill Apts.<br>131 Prospect St.<br>South Orange, NJ 07079 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Loan Lomo<br>P.O. Box 542<br>Lac Du Flambeau, WI 54538 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Portfolio Recov. Ass.<br>120 Corporate Blvd<br>Suite 100<br>Norfolk, VA 23502 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Sklar Law, LLC<br>1200 Laurel Oak Rd.<br>Suite 102<br>Voorhees, NJ 08043 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16