UNITED STATES BANKRUPTCY COURT
FOR District of New Jersey

IN RE:

Claribel Pena                                   CHAPTER: 13
2877 Harrison Avenue                            CASE NUMBER: 21-10428
Camden, NJ 08105                                CLAIM AMOUNT: $518.66
                                                CLAIM NUMBER: 2

Debtors.

---

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems, LLC, pursuant to Rule 3006,

F.R.Bkcy.P., hereby withdraws its Proof of Claim 2, filed 2/9/2021, in the amount of $518.66.

Pursuant to S.D. IND. B-3006-1(a), no objection to Jefferson Capital Systems,

LLC's claim has been filed.  Jefferson Capital Systems, LLC is not a Defendant in an adversary

proceeding in this case.  Jefferson Capital Systems, LLC has not accepted or rejected the plan

or otherwise participated meaningfully in the case.

Jefferson Capital Systems, LLC hereby releases and discharges the Chapter 13

Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter

13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This __2_day of February_2022__.

                                    Jefferson Capital Systems LLC

                                    By: /s/ Karen Borgmann_____
                                    Karen Borgmann Bankruptcy Specialist

                                    Jefferson Capital Systems, LLC
                                    16 McLeland Rd
                                    St. Cloud, MN 56303
                                    (800) 928-7314

**CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | Claribel Pena<br>2877 Harrison<br>Avenue<br>Camden, NJ 08105 |
| Debtor's Attorney: | Charles M. Izzo<br>116 North 2nd Street<br>Camden, NJ 08102 |
| Chapter 13 Trustee: | Isabel C. Balboa<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 |

by submitting electronically with the court.

This __2_day of February 2022__.

Jefferson Capital Systems LLC

By: : _/s/ Karen Borgmann_____
Karen Borgmann Bankruptcy Specialist

Jefferson Capital Systems, LLC
16 McLeland Rd
St. Cloud, MN 56303
(800) 928-7314