Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 21-10428 (ABA)**

Claribel Pena  
2877 Harrison Avenue  
Camden, NJ  08105

Monthly Payment: $3,388.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 03/29/2021 | $275.00 | 03/31/2021 | $278.00 | 06/09/2021 | $275.00 | 06/09/2021 | $275.00 |
| 07/23/2021 | $575.00 | 08/17/2021 | $560.00 | 09/21/2021 | $575.00 | 11/03/2021 | $575.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | CLARIBEL PENA | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | CHARLES M. IZZO, ESQUIRE | 13 | $2,855.00 | $0.00 | $2,855.00 | $0.00 |
| 1 | LOAN LOMO | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | PEDRO J. PENA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $403.92 | $0.00 | $403.92 | $0.00 |
| 4 | SELECT PORTFOLIO SERVICING, INC. | 24 | $17,136.84 | $0.00 | $17,136.84 | $0.00 |
| 5 | TITLEMAX OF DELAWARE, INC. | 24 | $5,514.26 | $0.00 | $5,514.26 | $0.00 |
| 6 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CHARLES M. IZZO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $518.66 | $0.00 | $518.66 | $0.00 |
| 10 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $512.45 | $0.00 | $512.45 | $0.00 |
| 11 | VERIZON BY AMERICAN INFOSOURCE | 33 | $1,127.69 | $0.00 | $1,127.69 | $0.00 |
| 12 | ABC BAIL BONDS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | CRAMER HILL APARTMENTS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2021 | 10.00 | $0.00 |
| 12/01/2021 | Paid to Date | $3,388.00 |
| 01/01/2022 | 49.00 | $690.00 |
| 02/01/2026 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $3,388.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $3,103.41 |
| Arrearages: | $0.00 |
| Attorney: | CHARLES M. IZZO, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**