B2100B (Form 2100B) (12/15)

# UNITED STATES BANKRUPTCY COURT
# FOR THE Main District of NEW JERSEY

IN RE: § CASE NO.
§ 21-10428-ABA
CLARIBEL PENA § Chapter 13
§

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim Number   **3**  was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 5/10/2022  (date).

Name of Alleged Transferor
**Select Portfolio Servicing, Inc.**

Name of Transferee
**US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust**

Address of Alleged Transferor:
**Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City UT 84165-0250**

Address of Transferee:
Shellpoint Mortgage Servicing
P.O. Box 10826 Greenville
Greenville, SC 29603-0675

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                    _____
                                                         CLERK OF THE COURT

B-2100A (Form 2100A)(12/15)

# UNITED STATES BANKRUPTCY COURT
# FOR THE Main District of NEW JERSEY

IN RE:

CLARIBEL PENA

§
§ CASE NO.
§ 21-10428-ABA
§ Chapter 13
§

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust
Name of Transferee

Select Portfolio Servicing, Inc.
Name of Transferor

Name and Address where notices to transferee should be sent:

Shellpoint Mortgage Servicing
P.O. Box 10826 Greenville
Greenville, SC 29603-0675

Court Claim # (if known): 3
Amount of Claim: $ 83736.48
Date Claim Filed: 03/08/2021

Phone: (800)365-7107
Last Four Digits of Acct #: 2519

Phone: (800) 643-0202
Last Four Digits of Acct.#: 7327

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Larry Yip                           Date:        5/10/2022

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

# UNITED STATES BANKRUPTCY COURT
# FOR THE Main District of NEW JERSEY

IN RE:  §  CASE NO.
 §  21-10428-ABA
CLARIBEL PENA  §  Chapter 13
 §

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before 5/10/2022 via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*

CLARIBEL PENA
2877 Harrison Ave
Camden, NJ 08105-4011

**Debtors' Attorney**
CHARLES M. IZZO
LAW OFFICE OF CHARLES M. IZZO
116 N 2nd StPO BOX 2936
Camden, NJ 08102-1601

**Chapter 13 Trustee**
ISABEL C. BALBOA
535 Route 38 Ste 580
Cherry Hill, NJ 08002-2977

Respectfully Submitted,

/s/ Rory Liebhart
Rory Liebhart