Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  21−10428−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Claribel Pena
   aka Claribel Rodriguez
   2877 Harrison Avenue
   Camden, NJ 08105

Social Security No.:
   xxx−xx−4509

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                   February 17, 2023
Time:                   09:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*67* – Response to (related document:66 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 01/23/2023. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Charles M. Izzo on behalf of Claribel Pena. (Izzo, Charles)

and transact such other business as may properly come before the meeting.

Dated: January 17, 2023
JAN: lgr

Jeanne Naughton
Clerk