Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 21-10428 (ABA)

Claribel Pena  
2877 Harrison Avenue  
Camden, NJ  08105

Monthly Payment: $690.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/11/2022 | $575.00 | 03/08/2022 | $690.00 | 03/30/2022 | $690.00 | 08/08/2022 | $690.00 |
| 09/13/2022 | $690.00 | 09/13/2022 | $690.00 | 11/10/2022 | $1,000.00 | 11/10/2022 | $54.00 |
| 12/08/2022 | $54.00 | 12/08/2022 | $1,000.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | CLARIBEL PENA | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | CHARLES M. IZZO, ESQUIRE | 13 | $2,855.00 | $2,855.00 | $0.00 | $0.00 |
| 1 | LOAN LOMO | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | PEDRO J. PENA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $403.92 | $0.00 | $403.92 | $0.00 |
| 4 | U.S. BANK, N.A. | 24 | $17,136.84 | $3,502.91 | $13,633.93 | $0.00 |
| 5 | TITLEMAX OF DELAWARE, INC. | 24 | $5,514.26 | $1,395.76 | $4,118.50 | $0.00 |
| 6 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CHARLES M. IZZO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | VERIZON BY AMERICAN INFOSOURCE | 33 | $1,127.69 | $0.00 | $1,127.69 | $0.00 |
| 12 | ABC BAIL BONDS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | CRAMER HILL APARTMENTS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2021 | 10.00 | $0.00 |
| 12/01/2021 | Paid to Date | $3,388.00 |
| 01/01/2022 | 49.00 | $690.00 |
| 02/01/2026 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $6,133.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $963.36 |
| Arrearages: | $2,147.00 |
| Attorney: | CHARLES M. IZZO, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**