UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Claribel Pena
2877 Harrison Avenue
Camden, NJ 08105

Case No.: 21-10428

Chapter: 13

Judge: ABA

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _Claribel Pena_, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: _1/29/26_

_Claribel Pena_
Debtor's Signature

IMPORTANT:

* Each debtor in a joint case must file a separate Certification in Support of Discharge.
* A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.

rev.8/1/18