Certificate Number: 15317-NJ-DE-040562921

Bankruptcy Case Number: 21-10428



15317-NJ-DE-040562921

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 29, 2026, at 3:36 o'clock PM PST, Clarivel Pena completed a course on personal financial management given by telephone by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: January 29, 2026

By: /s/Sharmagne Marquez

Name: Sharmagne Marquez

Title: Credit Counselor