Form ntcfncurv − ntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  21−10428−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Claribel Pena
aka Claribel Rodriguez
2877 Harrison Avenue
Camden, NJ 08105

Social Security No.:
xxx−xx−4509

Employer's Tax I.D. No.:

## NOTICE OF RESPONSE TO TRUSTEE'S NOTICE OF DISBURSEMENTS MADE

TO: <u>Claribel Pena</u>
Debtor(s)

You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: April 6, 2026
JAN: dmb

<u>Jeanne Naughton, Clerk</u>