Form ntcfncurv − ntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  21−10428−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Claribel Pena
    aka Claribel Rodriguez
    2877 Harrison Avenue
    Camden, NJ 08105

Social Security No.:
    xxx−xx−4509

Employer's Tax I.D. No.:

### NOTICE OF RESPONSE TO TRUSTEE'S
### NOTICE OF DISBURSEMENTS MADE

    TO: <u>Claribel Pena</u>
            Debtor(s)

    You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under
Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether
the debtor has cured the default and paid post−petition amounts.

Dated: April 6, 2026
JAN: dmb

<u>Jeanne Naughton, Clerk</u>

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 21-10428-ABA

Claribel Pena                                                                      Chapter 13

         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                           User: admin                                          Page 1 of 2

Date Rcvd: Apr 06, 2026                   Form ID: ntcfncur                                Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2026:**

**Recip ID            Recipient Name and Address**
db                    +  Claribel Pena, 2877 Harrison Avenue, Camden, NJ 08105-4011

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2026 at the address(es) listed below:**

**Name                        Email Address**

Andrew B Finberg
                              courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew M. Lubin
                              on behalf of Creditor Select Portfolio Servicing Inc. nj-ecfmail@mwc-law.com  alubin@mwc-law.com

Charles M. Izzo
                              on behalf of Debtor Claribel Pena cminj2001@yahoo.com  izzocr79754@notify.bestcase.com

Isabel C. Balboa
                              on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Matthew K. Fissel
                              on behalf of Creditor Select Portfolio Servicing Inc. bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Matthew K. Fissel
                              on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

District/off: 0312-1

User: admin

Page 2 of 2

Date Rcvd: Apr 06, 2026

Form ID: ntcfncur

Total Noticed: 1

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7